E. Vincent Wood (Bar No. 297132)
Law Offices of E. Vincent Wood
1501 N. Broadway, Suite 261
Walnut Creek, CA 94596
Tel. (925) 278-6680
Fax. (925) 955-1655
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In re

   Jon Toshiro Fuezy
   JoAnn Mikie Fuezy

                  Debtors

) Chapter 13 Case No.: 19-40670-RLE
)
)
) NOTICE OF CHAPTER 13 PLAN AND
) OPPORTUNITY FOR HEARING
)
)
)
)
)
)
)
)

**To:** 1. **U.S. Trustee: Office of the U.S. Trustee/Oak** - USTPRegion17.OA.ECF@usdoj.gov
     2. **Chapter 13 Trustee: Martha G. Bronitsky** – 13trustee@oak13.com
     3. **Affected Creditor(s)** – including the names and addresses listed on the Certificate of Service for this Notice

**YOU ARE HEREBY NOTIFIED** as follows:

1. **Filing of Chapter 13 Bankruptcy:** The above-named Debtors have filed for Bankruptcy under Chapter 13 of the United States Bankruptcy Code. A copy of Bankruptcy Court-generated Notice of Bankruptcy Case Filing has been served on you with this Notice.

2. **Filing of Chapter 13 Plan:** The above named Debtors have filed a Chapter 13 Plan, a copy of which has been served on you with this Notice, and is accessible electronically by registered users through the court's Electronic Case Filing system.

3. **Binding Affect of Plan:** The plan will be binding upon creditors if confirmed by the court. You should review the plan carefully as your legal

rights may be affected. You may wish to seek legal advice to understand its terms and to protect your rights.

4. **Written Objection to Confirmation:** If you disagree with the terms of the plan, you must file a written objection with the U.S. Bankruptcy Court within **twenty-eight (28) days** from the date of service of this Notice, which is set forth on the attached Certificate of Service. Any such written objection must be served upon the trustee and the Debtors' attorney. If you fail to file a timely written objection to confirmation of this plan and the plan is confirmed by the court, you will be bound by its terms.

5. **Proof of Claim:** To be eligible to receive payments through the plan, you must file a proof of claim with the court and serve it upon the Debtors' attorney. The trustee has filed and mailed to all listed creditors a Notice of Meeting of Creditors, which has specific instructions for filing a proof of claim.

6. **Meeting of Creditors:** You have an opportunity to object to the plan and examine the Debtors under oath at the Meeting of Creditors, which has been scheduled for:

        **Date/Time:**    **Thursday May 2, 2019 1:00 PM**
        **Location:**     **1301 Clay Street, Suite 1300N, Oakland, CA, 94612**

Date: April 2, 2019                   /s/ E. Vincent Wood
                                         E. Vincent Wood, Attorney for Debtors